Certificate Number: 05781-OHS-DE-041302429

Bankruptcy Case Number: 26-52067

05781-OHS-DE-041302429

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2026, at 12:00 o'clock PM PDT, Austin Welker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: August 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President